# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Chambers of**<br>**Michael A. Hammer**<br>United States Magistrate Judge | Martin Luther King Jr, Federal Bldg.<br>& U.S. Courthouse<br>50 Walnut Street<br>Newark, NJ 07102<br>(973) 776-7858 |

May 12, 2014

### RECUSAL LETTER
### ORIGINAL FILED WITH THE CLERK OF THE COURT

All counsel of record on the docket sheet.

      Re:  PNC Bank National Association v. New Jersey Title Insurance Co., et al.
           Civil Action No. 13-6102 (FSH)

Dear Counsel:

    Please be advised that I am recusing myself from this case.  Magistrate Judge Mark Falk will assume all Magistrate responsibilities for this case.

    **SO ORDERED.**

                                           s/ Michael A. Hammer
                                           **Hon. Michael A. Hammer**
                                           **United States Magistrate Judge**

Orig.: Clerk of the Court
cc:    Hon. Faith S. Hochberg, U.S.D.J.
       Hon. Mark Falk, U.S.M.J.
       Parties
       File